**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

December 10, 2025

King County Superior Court
516 Third Avenue, Room C−203
Seattle, WA 98104

RE: *Nelson v. GREP Washington LLC et al*
Case #2:25−cv−00998−TSZ

Dear Clerk:

Please find enclosed the certified copy of Judge Thomas S. Zilly's *Order Remanding Case to State Court* in the above−referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 25−2−12121−6 SEA

*Assigned to Judge*:_________________________________

*Completed by Deputy Clerk*: _____________________________

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Carrie Jean Smith,
*Deputy Clerk*

Enclosures